nied.  *Jesse R. Fillman* and *Wm. Clarke Mason* for petitioner.  *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *Morton K. Rothschild* for respondent.

No. 137.  THIRD NATIONAL BANK *v.* FEDERAL SAVINGS & LOAN INSURANCE CORP.; and

No. 138.  THIRD NATIONAL BANK *v.* FEDERAL DEPOSIT Co.  October 14, 1946.  Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *John J. Hooker* for petitioner.  *Solicitor General McGrath, Kenneth G. Heisler* and *Ray E. Dougherty* for respondent in No. 137.  Reported below: 153 F. 2d 678.

No. 143.  SAN GERONIMO DEVELOPMENT CO., INC. *v.* UNITED STATES.  October 14, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.  *Nelson Gammans* for petitioner.  *Solicitor General McGrath* and *Roger P. Marquis* for the United States.

No. 144.  CALVERT *v.* SMITH ET AL.  October 14, 1946. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied.  *Samuel B. Brown* for petitioner.

No. 146.  RIMBOW ET AL., DOING BUSINESS AS HUCKABY FUNERAL SERVICE, *v.* RIMBOW ET AL.  October 14, 1946. Petition for writ of certiorari to the Court of Civil Appeals, 1st Supreme Judicial District, of Texas, denied.  *F. S. K.*